| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACK B. SCHMETTERER |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 682, Chicago, IL |
| Ste. 1700 | Hearing Date: | 09/30/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: O'NEAL, CARL                                 §   Case No. 13-31477
    O'NEAL, ROZELLA                          §
                                                              §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, 7th Floor
  Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/30/2014 in Courtroom 682, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/04/2014          By:  Brian A. Audette
                                                           Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACK B. SCHMETTERER |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 682, Chicago, IL |
| Ste. 1700 | Hearing Date: | 09/30/2014 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: O'NEAL, CARL  §  Case No. 13-31477
       O'NEAL, ROZELLA §
                       §
Debtor(s)              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,000.16 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 20,000.16 |
| **Balance on hand:** | **$** | **20,000.16** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 20,000.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 2,750.02 | 0.00 | 2,750.02 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,750.02 |
| Remaining balance: | $ | 17,250.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 17,250.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,187.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Dept. of Employment Security | 3,187.13 | 0.00 | 3,187.13 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,187.13 |
| Remaining balance: | $ | 14,063.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 470,090.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Dept. of Employment Security | 200.00 | 0.00 | 5.98 |
| 2 | Dyck-O'Neal, Inc. as servicer for | 39,789.64 | 0.00 | 1,190.33 |
| 3 | Internal Revenue Service | 13,091.04 | 0.00 | 391.63 |
| 4 | Alliant Credit Union | 400,000.00 | 0.00 | 11,966.22 |
| 5 | American Express Bank, FSB | 17,009.65 | 0.00 | 508.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,063.01 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/Brian Audette
                          Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 13-31477-JBS
Carl O'Neal                                                       Chapter 7
Rozella O'Neal
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Sep 08, 2014
                              Form ID: pdf006          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
db          +Carl O'Neal,   5333 W. Galewood,   Chicago, IL 60639-2954
jdb         +Rozella O'Neal,   4453 W. Walton,   Chicago, IL 60651-3464
20841647    +Allied Interstate,   PO Box 4000,   Warrenton, VA 20188-4000
20841648     American Express,   P.O. Box 297804,   Fort Lauderdale, Florida 33329-7804
21171282     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20841651    +Bank of America,   PO Box 15726,   Wilmington, Delaware 19850
20841653    +Blitt & Gaines (661 Glenn Avenue, Wheeli,   661 Glenn Avenue,   Wheeling, Illinois 60090-6017
20841654     Canon Financial Services, Inc.,   14904 Collections Center Drive,   Chicago, IL 60693-0949
20841655     Chase Home Finance,   3415 Vision Drive,   Columbus, Ohio 43219-6009
20841656    +Chicago Housing Authority,   60 E. Van Buren,   Chicago, Illinois 60605-1240
20841657    +Chicago Municipal Employee's Union,   33 N. LaSalle, Suite 400,   Chicago, IL 60602-2612
20841658     CitiMortgage,   P.O. Box 6243,   Siux Falls, South Dakota 57117-6243
20841659    +City of Chicago Dept. of Finance/Tax,   333 S. State St. Ste. 300,
               Chicago, Illinois 60604-3982
20841660     Department of the Treasury Financial Man,   PO Box 830794,   Birmingham, AL 35283-0794
20841661     Department of the Treasury Financial Man,   PO Box 830794,   Birmingham, Alabama 35283-0794
20841662    +Dressler & Peters, LLC,   111 W. Washington St. Ste. 1900,   Chicago, IL 60602-2713
21046714    +Dyck-O'Neal, Inc. as servicer for,   Northbrook Bank and Trust Company,   P.O. Box 13370,
               Arlington, TX 76094-0370
20841664     FIA Card Services,   P.O. Box 15726,   Wilmington, Delaware 19886-5726
20841665     FIA Card Services, NA,   P.O. Box 15726,   Wilmington, Delaware 19886-5726
20841666    +GC Services Limited Partnership,   6330 Gulfton,   Houston, Texas 77081-1198
20841668    +Genesis Clinical Labs,   3231 S. Euclid Avenue,   Berwyn, Illinois 60402-3467
20841671    ++HYUNDAI MOTOR FINANCE COMPANY,   PO BOX 20809,   FOUNTAIN VALLEY CA 92728-0809
             (address filed with court: Hyundai Motor Finance company,   PO Box 9001101,
               Louisville, Kentucky 40290)
20841669    +Hallmark & Johnson,   6160 N. Cicero Ste. 620,   Chicago, Illinois 60646-4395
20841670     Home Depot Credit,   P.O. Box 103047,   Roswell, Georgia 30076
20841672    +IDES Collection Section,   33 S. State Street, 10th Floor,   Chicago, Illinois 60603-2808
20841673    +Illinois Department of Health Care and F,   401 S. Clinton St. 6th Floor,
               Chicago, Illinois 60607-3800
20841674     Illinois Department of Revenue,   Springfield, Illinois  62776-0001
20881320    +Illinois Dept. of Employment Security,   33 S State St 10th Flr Bankruptcy Unit,
               Chicago, Illinois 60603-2808,   Attn. Amelia Yabes
20841677    +Lorenzini & Associates,   1900 Spring Road, Ste. 501,   Oak Brook, Illinois 60523-1482
20841679    +M3 Financial Services,   PO Box 7230,   Westchester, Illinois 60154-7230
20841680     Mac Neal Health Network,   2384 Paysphere Circle,   Chicago, Illinois 60674-2384
20841681    +Manley Deas Kochalski, LLC,   1 East Wacker Drive, Ste. 1250,   Chicago, IL 60601-1980
20841682     Municipal Services Bureau,   PO Box 16755,   Austin, Texas 78761-6755
20841683    +North Shore Agency,   9525 Sweet Valley Drive, Building A,   Valley View, OH 44125-4237
20841684    +Northbrook Bank and Trust Company,   1145 N. Arlington Heights Road,
               Itasca, Illinois 60143-3171
20841685    +OCWEN,   P.O. Box 780,   Waterloo, Iowa 50704-0780
20841687     PNC Bank,   PO Box 3429.,   Pittsburgh, Pennsylvania 15230-3429
20841686    #+Partners and Women's Health,   7339 W. Madison,   Forest Park, Illinois 60130-1543
20841689    +Progressive II, Inc.,   4453 W. Walton St., Ste. 101,   Chicago, Illinois 60651-3464
20841688    +Progressive II, Inc.,   4453 W. Walton, Suite 101,   Chicago, Illinois 60651-3464
20841692    +RadAdvantage,   PO Box 2858,   Raleigh, NC 27602-2858
20841693     SKO Brenner American, Inc.,   PO Box 230,   Farmingdale, New York 11735-0230
20841695    +The CKB Firm,   30 N. LaSalle Ste. 1520,   Chicago, Illinois 60602-3387
20841696     Triangle Medical Solutions,   4711 Hope Valley Road,   PMB 218,
               Durham, North Carolina 27707-5651
20841697    +United Recovery Systems LP (PO Box 72292,   PO Box 722929,   Houston, Texas 77272-2929
20841699    +West Suburban Medical Center,   3 Erie Court,   Oak Park, Illinois 60302-2599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21080051     E-mail/Text: bankruptcy@alliantcreditunion.com Sep 09 2014 01:00:25     Alliant Credit Union,
               11545 W Touhy Avenue,   Chicago, IL 60666
20841646     E-mail/Text: bankruptcy@alliantcreditunion.com Sep 09 2014 01:00:25     Alliant Credit Union,
               P.O. Box 66945,   11545 W. Touhy Avenue,   Chicago, Illinois 60666-0945
20841649    +E-mail/Text: g17768@att.com Sep 09 2014 00:58:55     AT&T,   P.O. Box 8100,
               Aurora, Illinois 60507-8100
20841645    +E-mail/Text: BKO@ABRICU.com Sep 09 2014 00:59:14     Abri Credit Union,
               2350 W. McDonough Street,   Joliet, Illinois 60436-1089
20841663    +E-mail/Text: iasher@eaglerecovery.net Sep 09 2014 01:00:22     EMPG of Oak Park,
               c/o Eagle Recovery Associates,   424 S.W. Washington St., 3rd Fl.,
               Peoria , Illinois 61602-5147
20841667    +E-mail/Text: capitalbankruptcynotice@ge.com Sep 09 2014 01:00:27     GE Capital,
               1010 Thomas Edison Blvd. SW,   Cedar Rapids, Iowa 52404-8247
20955559     E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:55     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Sep 08, 2014
                              Form ID: pdf006            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
20841675         E-mail/Text: cio.bncmail@irs.gov Sep 09 2014 00:59:10      Internal Revenue Service,
                  Dept of the Treasury,   P.O. Box 7346,   Philadelphia, Pennsylvania 19101-7346
20841678        +E-mail/Text: ebn@ltdfin.com Sep 09 2014 00:59:17      LTD Financial Servisces,
                  7322 Southwest Freeway, Suite 1600,   Houston, Texas 77074-2134
20841676         E-mail/Text: bankruptcy@leadingedgerecovery.com Sep 09 2014 00:59:47
                  Leading Edge Recovery Solutions, LLC,   PO Box 129,   Linden, Michigan 48451-0129
20841691        +E-mail/Text: bankruptcynotices@pch.com Sep 09 2014 00:59:17      Publishers Clearing House,
                  PO Box 4002924,   Des Moines, Iowa 50340-2924
20841694         E-mail/Text: appebnmailbox@sprint.com Sep 09 2014 00:59:37      Sprint,   P.O. Box 4191,
                  Carol Stream, Illinois 60191-4191
20841698        +E-mail/Text: edinkel@vikingservice.com Sep 09 2014 01:01:06      VCS,   7500 Office Ridge Circle,
                  Eden Prairie, MN 55344-3782
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20841652*        Bank of America,   P.O. Box 15184,   Wilmington, Delaware 19850-5184
20841690*       +Progressive II, Inc.,   4453 W. Walton, Suite 101,   Chicago, Illinois 60651-3464
20841650        ##Bank of America,   P.O. Box 15184,   Wilmington, Delaware 19850-5184
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
              Ariane   Holtschlag    on behalf of Creditor    Alliant Credit Union aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Brian  Audette     baudette@perkinscoie.com,    IL32@ecfcbis.com
              Dennis M Sbertoli    on behalf of Debtor Carl   O'Neal dsbert4978@aol.com
              Dennis M Sbertoli    on behalf of Joint Debtor Rozella   O'Neal dsbert4978@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), a
               corporation organized and existing under the laws of the United States of America, beneficiary,
               by Seterus, Inc., its Attorney-in-Fact rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
                                                                                               TOTAL: 6
```