**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: O'NEAL, CARL　　　　　　　　　　　　§　Case No. 13-31477
　　　　O'NEAL, ROZELLA　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $915,793.90　　　　　　　　Assets Exempt: $69,805.90
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,250.14　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $456,027.32

Total Expenses of Administration: $2,750.02

---

　　　3) Total gross receipts of $   20,000.16   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $20,000.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,750.02 | 2,750.02 | 2,750.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,187.13 | 3,187.13 | 3,187.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 470,090.33 | 470,090.33 | 14,063.01 |
| **TOTAL DISBURSEMENTS** | $0.00 | $476,027.48 | $476,027.48 | $20,000.16 |

4) This case was originally filed under Chapter 7 on August 07, 2013. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2015         By: /s/Brian Audette
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank account ending 4329 | 1229-000 | 50.00 |
| Wells Fargo Bank account ending 6135 | 1229-000 | 19,950.16 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 2,750.02 | 2,750.02 | 2,750.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,750.02 | $2,750.02 | $2,750.02 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept. of Employment Security | 5800-000 | N/A | 3,187.13 | 3,187.13 | 3,187.13 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,187.13 | $3,187.13 | $3,187.13 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept. of Employment Security | 7100-000 | N/A | 200.00 | 200.00 | 5.98 |
| 2 | Dyck-O'Neal, Inc. as servicer for | 7100-000 | N/A | 39,789.64 | 39,789.64 | 1,190.33 |
| 3 | Internal Revenue Service | 7100-000 | N/A | 13,091.04 | 13,091.04 | 391.63 |
| 4 | Alliant Credit Union | 7100-000 | N/A | 400,000.00 | 400,000.00 | 11,966.22 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 17,009.65 | 17,009.65 | 508.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $470,090.33 | $470,090.33 | $14,063.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-31477  
**Case Name:** O'NEAL, CARL  
O'NEAL, ROZELLA  
**Period Ending:** 02/05/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 08/07/13 (f)  
**§341(a) Meeting Date:** 09/24/13  
**Claims Bar Date:** 12/27/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5333 W. Galewood, Chicago, IL 60639 | 247,323.00 | 0.00 | | 0.00 | FA |
| 2  3547 S. Dearborn St., Chicago, IL 60609 | 335,000.00 | 0.00 | | 0.00 | FA |
| 3  5239 W. Ferdinand, Chicago, IL | 92,825.00 | 0.00 | | 0.00 | FA |
| 4  4453 W. Walton, Chicago, IL | 133,896.00 | 0.00 | | 0.00 | FA |
| 5  CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 6  Checking account at Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 7  Savings account at Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 8  HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 9  WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 10  FURS AND JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 11  Whole Life Insurance Policy with Farmers Ins. Co | 500.00 | 0.00 | | 0.00 | FA |
| 12  PENSION PLANS AND PROFIT SHARING | 65,000.00 | 0.00 | | 0.00 | FA |
| 13  IRA with Primerica Shareholder Services | 605.90 | 0.00 | | 0.00 | FA |
| 14  100% owner of Progressive II, Inc. (dissolved) | 0.00 | 0.00 | | 0.00 | FA |
| 15  100% owner of Taking Care of People, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16  ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 17  2008 Mercedes-Benz S550 | 26,861.00 | 0.00 | | 0.00 | FA |
| 18  2008 Hyundai Sonata | 6,583.00 | 6,583.00 | | 0.00 | FA |
| 19  2011 Buick Regal | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 20  Two Yorkies, non-show quality | 0.00 | 0.00 | | 0.00 | FA |
| 21  Wells Fargo Bank account ending 4329  (u) | 50.00 | 50.00 | | 50.00 | FA |
| 22  Wells Fargo Bank account ending 6135  (u) | 19,950.16 | 19,950.16 | | 19,950.16 | FA |
| **22  Assets  Totals** (Excluding unknown values) | **$935,794.06** | **$30,083.16** | | **$20,000.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is preparing to submit a TFR to the UST for review and approval.

Printed: 02/05/2015 02:58 PM   V.13.20

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-31477  
**Case Name:** O'NEAL, CARL  
O'NEAL, ROZELLA  
**Period Ending:** 02/05/15

**Trustee:** (330232)   Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 08/07/13 (f)  
**§341(a) Meeting Date:** 09/24/13  
**Claims Bar Date:** 12/27/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 02/05/2015 02:58 PM   V.13.20

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-31477  
**Case Name:** O'NEAL, CARL  
O'NEAL, ROZELLA  
**Taxpayer ID #:** **-***9382  
**Period Ending:** 02/05/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/13 | {21} | Wells Fargo | Account number ending 4329 | 1229-000 | 50.00 | | 50.00 |
| 08/21/13 | {22} | Wells Fargo | Account number ending 6135 | 1229-000 | 19,950.16 | | 20,000.16 |
| 10/03/14 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $2,750.02, Trustee Compensation; Reference: | 2100-000 | | 2,750.02 | 17,250.14 |
| 10/03/14 | 102 | Illinois Dept. of Employment Security | Dividend paid 100.00% on $3,187.13; Claim# 1P; Filed: $3,187.13; Reference: | 5800-000 | | 3,187.13 | 14,063.01 |
| 10/03/14 | 103 | Illinois Dept. of Employment Security | Dividend paid 2.99% on $200.00; Claim# 1U; Filed: $200.00; Reference: | 7100-000 | | 5.98 | 14,057.03 |
| 10/03/14 | 104 | Dyck-O'Neal, Inc. as servicer for | Dividend paid 2.99% on $39,789.64; Claim# 2; Filed: $39,789.64; Reference: | 7100-000 | | 1,190.33 | 12,866.70 |
| 10/03/14 | 105 | Internal Revenue Service | Dividend paid 2.99% on $13,091.04; Claim# 3; Filed: $13,091.04; Reference: | 7100-000 | | 391.63 | 12,475.07 |
| 10/03/14 | 106 | Alliant Credit Union | Dividend paid 2.99% on $400,000.00; Claim# 4; Filed: $400,000.00; Reference: | 7100-000 | | 11,966.22 | 508.85 |
| 10/03/14 | 107 | American Express Bank, FSB | Dividend paid 2.99% on $17,009.65; Claim# 5; Filed: $17,009.65; Reference: | 7100-000 | | 508.85 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 20,000.16 | 20,000.16 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 20,000.16 | 20,000.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $20,000.16 | $20,000.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4566** | 20,000.16 | 20,000.16 | 0.00 |
| | $20,000.16 | $20,000.16 | $0.00 |

{} Asset reference(s)

Printed: 02/05/2015 02:58 PM    V.13.20